On the Court’s own motion, appeal by Potsdam Paper Corporation dismissed, without costs, upon the ground that it
 
 *532
 
 is not a party aggrieved
 
 (see
 
 CPLR 5511), and appeals by Little Rapids Corporation, Laframboise Group, Ltd. and MRL Constructors of New York, Ltd. dismissed, without costs, upon the ground that a CPLR 5601 (d) appeal does not properly lie here. Motion for leave to appeal by Potsdam Paper Corporation dismissed upon the ground that it is not a party aggrieved
 
 (see
 
 CPLR 5511). Motions for leave to appeal by Little Rapids Corporation, Laframboise Group, Ltd. and MRL Constructors of New York, Ltd. denied.
 

 Judge Graffeo taking no part.